# Exhibit A

# Kathleen E. Puscheck (x8028)

**From:** paygovadmin@mail.doc.twai.gov
**Sent:** Monday, September 22, 2014 10:32 AM
**To:** Kathleen E. Puscheck (x8028)
**Subject:** Pay.gov Payment Confirmation: NYED CM ECF

*Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact NYED CM ECF at (718) 613-2610.*

*Application Name: NYED CM ECF*
*Pay.gov Tracking ID: 25HM85K7*
*Agency Tracking ID: 0207-7212580*
*Transaction Type: Sale*
*Transaction Date: Sep 22, 2014 10:31:55 AM*

*Account Holder Name: Amy Polowy*
*Transaction Amount: $400.00*
*Billing Address: 25 Northpointe Parkway*
*Zip/Postal Code: 14228*
*Country: USA*
*Card Type:*
*Card Number:*

*THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.*





* **NEW REMITTANCE ADDRESS** *

Send payments to:

**ServiceLink - Default Abstract Solutions**

P.O. Box 511459
Los Angeles, CA 90051-7882

# INVOICE

| DELIVERY ADDRESS | INVOICE PRINT DATE | INVOICE # |
|---|---|---|
| Gross Polowy & Orlans LLC<br>25 Northpointe Parkway<br>Amherst, NY 14228 | 5/2/2014 | 140084700-NY-EWI |

**REFERENCES**

Client Number: ██████
County: NASSAU
Order Type: PFR
Loan Number: ██████
Sales Rep:
Liability: $372,927.61

**PROPERTY ADDRESS**

223 MEREDITH LANE
WEST HEMPSTEAD, NY 11552

| DESCRIPTION | ORIGINAL BILL DATE | AMOUNT |
|---|---|---|
| PRE-FORECLOSURE REPORT | 5/2/2014 | $325.00 |
| | **SALES TAX:** | -- |
| | **AMOUNT DUE:** | **$325.00** |

APPROVED
5/2/14
KJK

**1525 West Walnut Hill Lane, Suite 300, Irving, TX 75038  (800) 678-8016**
**TAX ID: 46-3926360**

Alstate Process Service Inc.  
60 Burt Drive  
Deer Park, NY 11729  
631/667-1800

**Invoice #: 3054068**

Date: 10/06/2014

GROSS POLOWY, LLC (F)  
25 NORTHPOINTE PARKWAY  
AMHERST, NY 14228

## INVOICE FOR SERVICE

ONEWEST BANK, N.A.  
v.  
JANET R. DENHAM, ET AL

Service #2310682: **EDWARD BRYAN SUED HEREIN AS JOHN DOE 1**

Law Firm Ref# 300353 PRP

Court Case #: 2:14-CV-05529-DRH-AKT

DOWNSTATE - STANDARD $75.00  
CMRRR AND 1303 TENANT MAILING $21.60

Service #2310680: **JANET R. DENHAM**

Law Firm Ref# 300353 PRP

Court Case #: 2:14-CV-05529-DRH-AKT

DOWNSTATE - STANDARD $75.00  
POSTAL SEARCH $10.00

Service #2310681: **LLOYD DENHAM**

Law Firm Ref# 300353 PRP

Court Case #: 2:14-CV-05529-DRH-AKT

DOWNSTATE - STANDARD $75.00  
POSTAL SEARCH X 2 $20.00

Service #2312783: **OCCUPANT**

Law Firm Ref# 300353 PRP

Court Case #: 2:14-CV-05529-DRH-AKT

1303 TENANT MAILING $15.00

**TOTAL CHARGES:** $291.60

**BALANCE:** $291.60 approved smp 10/14/14 → $291.60

Alstate Process Service Inc.  
60 Burt Drive  
Deer Park, NY 11729  
631/667-1800

**Invoice #: 3055066**

Date: 10/23/2014

GROSS POLOWY, LLC (F)  
25 NORTHPOINTE PARKWAY  
AMHERST, NY 14228

### INVOICE FOR SERVICE

ONEWEST BANK, N.A.  
v.  
JANET R. DENHAM, ET AL  
Service #2316604: **EDWARD BRYAN**

Law Firm Ref# 300353 PRP  
Court Case #: 2:14-CV-05529-DRH-AKT

| | |
|---|---|
| DOWNSTATE - STANDARD | $75.00 |
| POSTAL SEARCH | $10.00 |
| **TOTAL CHARGES:** | **$85.00** |
| **BALANCE:** | **$85.00** |

$85 approved 11-6-14 by PRP

1

| Gross Polowy LLC | | | | | Check Number: | 039738 |
| --- | --- | --- | --- | --- | --- | --- |
| To: | Nassau County Clerk | | | | Date: | September 23, 2014 |
| Invoice Number | Date | Description | Distribution Reference | | Voucher Amount | Paid Amount |
| 0000037003 | 09/22/2014 | COURT FILING FEE | | | $195.00 | $195.00 |

TOTAL: $195.00

---

M & T Bank  039738
10-4/220

**Gross Polowy LLC**
25 Northpointe
Suite 25
Amherst, NY 14228
(716) 204-1700

2   2-CAK   300353

DATE: Sep 23, 2014
AMOUNT: $195.00

Pay One Hundred Ninety Five Dollars and 00 Cents
to the Order of:

Nassau County Clerk

VOID AFTER 120 DAYS FROM ISSUE

*[signature]*

---

| Gross Polowy LLC | | | | Check Number: | 039738 |
| --- | --- | --- | --- | --- | --- |
| To: | Nassau County Clerk | | | Date: | September 23, 2014 |
| Invoice Number | Date | GL Account Numbers | Distribution Reference | Voucher Amount | Paid Amount |
| 0000037003 | 09/22/2014 | | | $195.00 | $195.00 |

TOTAL: $195.00

| | | | | | | |
|---|---|---|---|---|---|---|
| Gross Polowy LLC | | | | | Check Number: | 045880 |
| To: | Nassau County Clerk | | | | Date: | October 20, 2014 |
| Invoice Number | Date | Description | | Distribution Reference | Voucher Amount | Paid Amount |
| 0000038352 | 10/20/2014 | LIS PENDENS FILING FEE | | | $195.00 | $195.00 |

TOTAL: $195.00

---

**Gross Polowy LLC**
25 Northpointe
Suite 25
Amherst, NY 14228
(716) 204-1700

Key Bank
3050 Niagara Falls Blvd
Amherst, NY 14228

045880
10-83/220

2    2-ACD    300353

DATE: Oct 20, 2014
AMOUNT: $195.00

Pay One Hundred Ninety Five Dollars and 00 Cents
to the Order of:
Nassau County Clerk

VOID AFTER 120 DAYS FROM ISSUE

*(signature)*

---

| | | | | | | |
|---|---|---|---|---|---|---|
| Gross Polowy LLC | | | | | Check Number: | 045880 |
| To: | Nassau County Clerk | | | | Date: | October 20, 2014 |
| Invoice Number | Date | GL Account Numbers | Distribution Reference | | Voucher Amount | Paid Amount |
| 0000038352 | 10/20/2014 | | | | $195.00 | $195.00 |

TOTAL: $195.00