United States District Court
for the
Eastern District of New York

| | |
|---|---|
| ONEWEST BANK, N.A. )<br>　　　　　　　Plaintiff ) Civil Action No. 14-cv-5529<br>　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　)<br>　　v.　　　　　　　　　 ) **NOTICE OF MOTION**<br>　　　　　　　　　　　　　)<br>JANET R. DENHAM, LLOYD DENHAM, )<br>EDWARD BRYAN, )<br>　　　　　　　　　　　　　)<br>　　　　　　Defendant(s) ) | |

　　**PLEASE TAKE NOTICE** that upon the instant Notice of Motion, Declaration in support of Gross Polowy, LLC by Stephen J. Vargas, Esq., Attorneys for Plaintiff dated November 27, 2017 and the exhibits attached thereto.  The Plaintiff moves this Court, before the Hon. Denis R. Hurley at the United States District Court for the Eastern District of New York located at 100 Federal Plaza, Central Islip, NY 11722, for an order granting the following to the movant:
　　(a) Vacating the Judgment of Foreclosure and Sale filed with the Clerk of the Court on October 1, 2015, pursuant to Fed. R. Civ. P. §60;
　　(b) Voluntarily dismissing the mortgage foreclosure action pursuant to Fed. R. Civ. P. 41;
　　(c) Cancelling the Notice of Pendency of Action pursuant to New York Civil Practice Law and Rules §6514;
　　(d) Granting such other and further relief this Court may deem just and proper.

　　**PLEASE TAKE FURTHER NOTICE**, Plaintiff will serve these motion papers on all Defendants pursuant to Fed. R. Civ. P. 5

DATED:　　November 27, 2017　　　　　　　Gross Polowy, LLC
　　　　　　Westbury, New York　　　　　　　/SJV/
　　　　　　　　　　　　　　　　　　　　　　Stephen J. Vargas, Esq.
　　　　　　　　　　　　　　　　　　　　　　900 Merchants Concourse, Suite 412
　　　　　　　　　　　　　　　　　　　　　　Westbury, New York 11590
　　　　　　　　　　　　　　　　　　　　　　Tel.: (716) 204-1700
　　　　　　　　　　　　　　　　　　　　　　Fax: (716) 204-1702
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff CIT Bank, N.A.

CIT BANK, N.A. FORMERLY KNOWN AS ONEWEST BANK, N.A.

vs.

JANET R. DENHAM, LLOYD DENHAM, EDWARD BRYAN

Civil Action No.: 14-cv-5529

*******************************************************************************

Janet R. Denham
223 Meredith Lane
West Hempstead, NY 11552

Lloyd Denham
223 Meredith Lane
West Hempstead, NY 11552

Edward Bryan
223 Meredith Lane
West Hempstead, NY 11552

Kimberly D Lerner Esq.
*Referee*
1 Old Country Road, Suite 125
Carle Place, NY 11514-1845